IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT NEWTON KERNS | : CIVIL ACTION |
| v. | : |
| MICHELLE LYNN KERNS | : NO. 13-4547 |

O R D E R

AND NOW, this 13 day of August, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff, Scott Newton Kerns, #EX0597, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $11.93 is assessed. The Superintendent or other appropriate official at the State Correctional Institution at Mahanoy or at any other prison at which plaintiff may be incarcerated is directed to deduct $11.93 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-4547. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at the State Correctional Institution at Mahanoy or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than

20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-4547.

   3. Plaintiff's federal claims are DISMISSED with prejudice for failure to state a claim, and his state claims are DISMISSED without prejudice for lack of subject matter jurisdiction.

   4. The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Mahanoy.

   5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.